# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 19-3192

———————————————

J.S. Haren Company

*Plaintiff - Appellee*

v.

Fairfield Service Company of Indiana, LLC

*Defendant - Appellant*

——————————

Appeal from United States District Court
for the Western District of Arkansas - Hot Springs

——————————

Submitted: September 21, 2020
Filed: September 24, 2020
[Unpublished]

——————————

Before LOKEN, SHEPHERD, and STRAS, Circuit Judges.

——————————

PER CURIAM.

Fairfield Services Company of Indiana appeals the adverse judgment entered by the district court[1] following a bench trial in a diversity action raising claims under

———————————————

[1]The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.

Arkansas state law. Upon careful review, we conclude the district court did not err in determining that the equipment supplied by Fairfield was defective, that Fairfield failed to timely cure the nonconformities, and that the buyer's revocation of acceptance was timely and appropriate. See United States v. Missouri, 535 F.3d 844, 848 (8th Cir. 2008) (in appeal from civil bench trial, findings of fact are reviewed for clear error, conclusions of law and mixed questions of law and fact are reviewed de novo). Accordingly, we affirm. See 8th Cir. R. 47B.

_____